## STATEMENT OF FACTS

On April 22, 2025, shortly before 8:00 PM, police officers with the Metropolitan Police Department ("MPD") sent an undercover agent to the rear alley of the 4675 block of South Capitol Street SW, Washington DC. The undercover agent observed a group of individuals passing around and smoking a white hand roll cigarette containing green weed like substance and determined it to be marijuana based on its smell. The undercover agent called Officer Michael Perez ("Officer Perez") to report his observations. The undercover agent later identified the defendant, Anthony Bigesby, as one of the individuals who had been actively smoking in the rear alley.

Shortly after 8:00 PM, MPD officers dressed in plain clothes wearing tactical vests with the word "POLICE" written on the front and back clearly visible for the eye, approached the 4675 block of South Capitol Street SW, Washington, DC to investigate the undercover agent's observations.

As police officers were approaching to stop the defendant and the other individuals for consumption of marijuana in public space, the entire group of individuals began walking towards the Maryland border. MPD coordinated with Maryland's Forest Heights Police Department to conduct a joint operation, so that if the individuals attempted to flee to the Maryland border, Maryland officers would be able to apprehend the individuals.

Forest Height officers observed this group of individuals, including the defendant, walking across the border into Maryland. Upon noticing the presence of the Forest Heights officers and police vehicles, officers observed the defendant flee on foot and run back towards the DC side. After a brief foot pursuit, Forest Heights Officer Swann #1135 approached the defendant and stopped him in the 400 block of Southern Avenue Southeast Washington DC. Officer Swann observed the defendant reach behind him to take something from his waist.

Upon getting near enough to him, Officer Swann ordered the defendant to stop. The defendant stopped and lay on the ground. While attempting to secure the defendant in handcuffs, Officer Swann felt a semiautomatic pistol located in the lower back area of the defendant's waist, where he had been previously reaching.

Officer Swann recovered a black Glock 23 ".40 caliber" containing one round in the chamber and 9 rounds of ammunition inside a large capacity feeding device, which can hold up to 22 rounds. The firearm had an obliterated serial number.



*Figure 1: Officer Swann reaches into Defendant's waistband, where he had observed Defendant reaching, during pat down*



*Figure 2: Officer Swann retrieves firearm from Defendant's person*



*Figure 3: Image of retrieved firearm*



*Figure 4: Image of obliterated serial number*



*Figure 5: Image of large capacity magazine*



*Figure 6: Image of bullets recovered from magazine*

A criminal history check showed the defendant was convicted in 2024 of carrying a pistol without a license in DC in case 2023 CF2 008141 for which he was sentenced to 361 days, of which 271 were suspended.

Accordingly, the defendant would have been aware at the time he was possessing the firearm in this case that he was previously convicted of a crime punishable by a term of

imprisonment exceeding one year. The defendant was not licensed to carry firearms in the District of Columbia and this firearm was not registered to him.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Anthony Bigsby with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

Officer Michael Perez, #IV1814
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 21, 2025.

Matthew J. Sharbaugh

United States Magistrate Judge